DAVIS WRIGHT TREMAINE LLP
  James H. Moon (State Bar No. 268215)
  jamesmoon@dwt.com
  Daniel H. Leigh (State Bar No. 310673)
  danielleigh@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

DECHERT LLP
  Russell P. Cohen (State Bar No. 213105)
  russ.cohen@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105-2223
Telephone: (415) 262-4506
Fax: (415) 262-4555

*Attorneys for Defendant*
*Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KLEIN,<br><br>                Plaintiff,<br><br>  vs.<br><br>MICROSOFT CORPORATION, and DOES 1 to 50, inclusive,<br><br>                Defendant. | Case No. 3:25-cv-02669-JO-BJW<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[***Declaration of James H. Moon Filed Concurrently***]<br><br>Assigned to the Hon. Jinsook Ohta<br><br>Complaint Filed: August 7, 2025<br>Action Removed: October 7, 2025 |

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW

Pursuant to Local Civil Rule 7.2(b) and the Court's Civil Chambers Rules, Plaintiff Lawrence Klein and Defendant Microsoft Corporation ("Microsoft") (together, the "Parties"), by and through their respective attorneys, hereby stipulate and jointly move to extend the time for Microsoft to respond to Mr. Klein's Complaint from October 14, 2025 to October 28, 2025.

In support of this Joint Motion, the Parties state as follows:

1. Mr. Klein filed his Complaint in the Superior Court for the State of California, San Diego County, on August 7, 2025.

2. On October 7, 2025, Microsoft removed this lawsuit to this Court. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Microsoft's deadline to respond to the Complaint is currently October 14, 2025.

3. On October 8, 2025, six days before Microsoft's deadline to respond to the Complaint, the Clerk assigned this case to this Court. The Court's Civil Chambers Rules require Microsoft to meet and confer with Mr. Klein seven days before filing any motion. Microsoft is not able to comply with that requirement for a motion in response to the Complaint because this case was assigned to this Court six days before Microsoft's deadline to respond to the Complaint.

4. On October 9, 2025, Microsoft and Mr. Klein met and conferred regarding Microsoft's intent to move to compel arbitration of this dispute pursuant to Mr. Klein's contracts with Microsoft. The Parties have not come to agreement regarding arbitration. Microsoft intends to move to compel arbitration on or before Microsoft's deadline to respond to the Complaint.

5. The parties also met and conferred regarding Plaintiff's intent to file a motion to remand the action to state court, and to set a briefing schedule for both motions, as well as to set the hearing on both motions for the same date.

2

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW

6. The Parties also met and conferred regarding this Joint Motion and agreed that Microsoft's time to answer or otherwise respond to the Complaint should be extended from October 14, 2024 to October 28, 2024.

7. The Parties agree that good cause exists to extend Microsoft's time to answer or otherwise respond to the Complaint from October 14, 2025 to October 28, 2025 to give the Parties sufficient time to meet and confer regarding Microsoft's Motion to Compel Arbitration and Plaintiff's Motion to Remand pursuant to the Court's Civil Chambers Rules. There have been no prior extensions of Microsoft's time to respond to the Complaint, and the Parties agree that this extension is not for any improper purpose of delay.

IT IS SO STIPULATED AND AGREED by and between the Parties and their undersigned counsel.

DATED: October 10, 2025

DAVIS WRIGHT TREMAINE LLP
   James H. Moon
   Daniel H. Leigh

DECHERT LLP
   Russell P. Cohen

By: /s/ James H. Moon
   James H. Moon

*Attorneys for Defendant*
*Microsoft Corporation*

Email: jamesmoon@dwt.com

3
JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW

| | | |
|---|---|---|
| 1 | DATED: October 10, 2025 | COUNSELONE, P.C. |
| 2 | | Anthony J. Orshansky |
| | | Alexandria Kachadoorian |
| 3 | | Justin Kachadoorian |
| 4 | | By: /s/ Alexandria Kachadoorian |
| 5 | | Alexandria Kachadoorian |
| 6 | | *Attorneys for Plaintiff* |
| | | *Lawrence Klein* |
| 7 | | Email: alexandria@counselonegroup.com |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Alexandria Kachadoorian, counsel for Plaintiff Lawrence Klein, and that Ms. Kachadoorian has authorized me to affix her electronic signature to this document.

/s/ James H. Moon
James H. Moon

*Attorney for Defendant Microsoft Corporation*

Email: jamesmoon@dwt.com

4
JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW