1 | DAVIS WRIGHT TREMAINE LLP
   James H. Moon (State Bar No. 268215)
   jamesmoon@dwt.com
   Daniel H. Leigh (State Bar No. 310673)
   danielleigh@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

DECHERT LLP
   Russell P. Cohen (State Bar No. 213105)
   russ.cohen@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105-2223
Telephone: (415) 262-4506
Fax: (415) 262-4555

*Attorneys for Defendant*
*Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KLEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, and DOES 1 to 50, inclusive,<br><br>    Defendant. | Case No. 3:25-cv-02669-JO-BJW<br><br>[~~PROPOSED~~] ORDER STAYING CASE PENDING MEDIATION<br><br>[*Joint Motion to Stay Case Pending Mediation and Declaration of James H. Moon Filed Concurrently*]<br><br>Assigned to the Hon. Jinsook Ohta<br><br>Complaint Filed: August 7, 2025<br>Action Removed: October 7, 2025 |

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW

1  Having considered the Parties' Joint Motion to Stay Case Pending Mediation
2  ("Joint Motion"), and good cause appearing, the Court hereby GRANTS the Joint
3  Motion.  The Court orders that all proceedings in this lawsuit are STAYED pending
4  the Parties' completion of private mediation.  The February 19, 2026 hearing on
5  Plaintiff Lawrence Klein's Motion to Remand and Defendant Microsoft
6  Corporation's Motion to Compel Arbitration is taken off calendar.  The Parties are
7  ordered to submit a joint status report to the Court within five (5) days following
8  completion of the private mediation.

**IT IS SO ORDERED.**

DATE: February  16 , 2026

_____
Hon. Jinsook Ohta
United States District Judge

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION

2

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071-3487
(213) 633-6800
Fax: (213) 633-6899

Case No. 3:25-cv-02669-JO-BJW