Anthony J. Orshansky, Cal. Bar No. 199364
anthony@counselonegroup.com
Justin Kachadoorian, Cal. Bar No. 260356
justin@counselonegroup.com
A. Kachadoorian, Cal. Bar. No. 240601
alexandria@counselonegroup.com
COUNSELONE, PC
9465 Wilshire Blvd., Suite 300
Beverly Hills, California 90212
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff LAWRENCE KLEIN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-02669-JO-BJW<br><br>[Assigned to the Honorable Jinsook Ohta]<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Lawrence Klein ("Plaintiff") voluntarily dismisses this entire action with prejudice.  Each party shall bear its own attorneys' fees and costs.

DATED: June 12, 2026                           COUNSELONE, PC


By  /s/ Justin Kachadoorian
    Justin Kachadoorian

*Attorney for Plaintiff Lawrence Klein*